Louis Klosk, Respondent, v. Vincenzo Gargiulo, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Stud Realty Corp., Respondent, v. Mary R. Hart and Another, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Edwin V. MacDonald and Another, Copartners, etc., Respondents, v. David Brenner, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Title Guarantee and Trust Company, Respondent, v. P. L. & S. Realty Co., Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Manufacturers Trust Company, Respondent, v. The National Butchers' & Drovers' Bank of The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Bluma Friedland, Respondent, v. The Travelers Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

In the Matter of Nathaniel F. Schmidt, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

In the Matter of William M. Richardson, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

General Accident, Fire and Life Assurance Corporation, Ltd., of Perth, Scotland, v. Hertz Drivurself Stations, Inc. (New York).— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Gregory B. Stolberg and Another v. Grace American International Corporation and Another.— Motion granted, and order of June 10, 1927, modified as stated in the order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

David Rothman, as Administrator, etc., of Joseph G. Rothman, Deceased, v. Pennsylvania Railroad Company.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.